ORDERED UNSEALED on 07/10/2026 s/ judepeters

SEALED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SABER SHARBAK,

Defendant.

**Case No.** '26 MJ3961

COMPLAINT FOR VIOLATION OF:
18 U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm (Felony);

The undersigned complainant being duly sworn states:

**COUNT ONE**

On or about December 4, 2025, within the Southern District of California, defendant SABER SHARBAK, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO**

On or about February 13, 2026, within the Southern District of California, defendant SABER SHARBAK, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE**

On or about February 13, 2026, within the Southern District of California, defendant SABER SHARBAK, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled

in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

Lorena Martinez
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of July, 2026.

HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

**December 4, 2025: SHARBAK possessed a stolen firearm during a traffic stop.**

On December 4, 2025, at approximately 1:40 a.m., patrolling San Diego Police Department (SDPD) Officers observed a flatbed truck driving near Palm Avenue and Florida Street, which is within the Southern District of California. The flatbed truck was driving in in the wrong direction on Palm Avenue, which is a violation of California Vehicle Code §21650. Based on that violation, the Officers conducted a traffic stop of the truck.

The truck ultimately yielded to Officers in the parking lot of a nearby apartment complex. The Officers observed two men standing outside of the truck. As the Officers approached the truck, an individual later identified as Saber SHARBAK exited the driver's seat of the truck. SHARBAK admitted to driving the truck on the wrong side of the road. As police conducted a records check on SHARBAK, an Officer observed a firearm in plain view on the driver's seat. The firearm was seized and determined to be a 9mm Glock firearm bearing serial number CABM404. A records check on the serial number revealed it was reported stolen out of Houston, Texas.

Records checks on SHARBAK revealed the following criminal history:

| **Conviction Date** | **Court of Conviction** | **Charge** | **Imprisonment** |
|---|---|---|---|
| 11/06/2014 | CASC – Victorville | Cal. P.C. §10851(A) — Take Vehicle Without Consent (Felony) | 36 Months' Probation |
| 2/23/2015 | CASC – Victorville | Cal. P.C. §10851(A) — Take Vehicle Without Consent (Felony) | 16 Months Jail |

The Glock firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

//

**February 13, 2026: SHARBAK possessed a firearm, ammunition, and narcotics**

On February 13, 2026, SDPD investigators executed a search warrant at 4462 50th Street, San Diego, California (the "Residence"), which is within the Southern District of California. The Residence had been listed as SHARBAK's home address in connection with the registration of a gray Chevrolet Silverado bearing California License plate H279X1, which was also registered to SHARBAK. The Residence was also listed as SHARBAK's home address on his California driver's license.

During the search of the Residence, SDPD investigators recovered, among other items, loose rounds of ammunition, an ammunition magazine, and baggies of suspected methamphetamine. A black Chevrolet truck bearing California license plate 8W79222 was parked outside the Residence during the search. Before executing the search warrant, investigators had observed SHARBAK driving a black pickup truck and the keys to the truck were inside the Residence. A search of the black Chevrolet truck revealed, among other items, a loaded Springfield 9mm firearm, approximately 4.4 pounds of marijuana, 19 pills consistent with the appearance of fentanyl, a baggie containing suspected cocaine, and a digital scale.

The Springfield firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

**April 4, 2026: SHARBAK possessed multiple firearms after a reported shooting.**

On April 4, 2026, San Diego County Sherriff's Deputies responded to a reported shooting near 8717 Atlas View Drive in Santee, California. The reporting party advised police that after hearing the shots, a Chevrolet truck bearing California License plate H279X1 was seen fleeing the area. The reporting party followed the Chevrolet to a Vons parking lot at 9643 Mission Gorge Road, which is within the Southern District of California.

Police responded to 9643 Mission Gorge Road and the reporting party observed SHARBAK exit the driver's seat of the vehicle. SHARBAK had an active fourth waiver and a search of his vehicle revealed three firearms, including a 9mm Glock firearm bearing serial

number CDVR600, a 9mm Smith & Wesson firearm bearing serial number HBD2684, and an AR-15 rifle with a high-capacity magazine. SHARBAK was arrested and positively identified by the reporting party as the person that was seen fleeing the area of the shooting on Atlas View Drive and later seen exiting the driver's seat of the Chevrolet in the Vons parking lot.

The Glock and Smith & Wesson firearms were seized and inspected. Preliminary checks revealed that the firearms were not manufactured in California and therefore traveled in interstate commerce to arrive in California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee or have a negative impact on this continuing investigation.